UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

JULIE A. ROCCO
AKA JULIE A. BAYSE

CASE NO: 09-16757-MGW

CHAPTER 13

Debtors

_______________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN of the appearance of the Law Firm of DOUGLAS C. ZAHM, P.A., as counsel for Creditor U.S. BANK, N.A., its Successors and/or Assignes, who requests that copies of all future pleadings be addressed to DOUGLAS C. ZAHM, P.A., 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, on behalf of the Creditor.

DOUGLAS C. ZAHM, P.A.

/s Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240 \ SPN No. 231032
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Peter E. Lanning, Esquire
Florida Bar No. 0562221
12425 28th Street North, Suite 200
St. Petersburg, Florida 33716
Telephone No. (727) 536-4911
Fax No. (727) 539-1094

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance and Request for Notice was served as follows:

The parties identified below were served by NEF on this 8th day of December, 2010.

RICHARD J. HOLLANDER, ESQUIRE
MILLER AND HOLLANDER
2430 SHADOWLAWN DRIVE, SUITE 18
NAPLES, FL 34112

TERRY E. SMITH, TRUSTEE
PO BOX 6099
SUN CITY CENTER, FL 33571

The parties identified below were served by U.S. Mail on this 8th day of December, 2010.

JULIE A. ROCCO
AKA JULIE A. BAYSE
206 ANDOVER PLACE, #94
SUN CITY CENTER, FL 33573

/s/ Carol A. Lawson, Esq.
Carol A. Lawson, Esquire
Florida Bar No. 132675
Douglas C. Zahm, Esquire
Florida Bar No. 166240
Douglas M. Bales, Esquire
Florida Bar No. 0767270